UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ISAIAH J. PETILLO, | Case No. 1:19-cv-00908-LJO-SAB (PC) |
|---|---|
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DENYING PLAINTIFF'S APPLICATIONS TO PROCEED *IN FORMA PAUPERIS*, AND REQUIRING PLAINTIFF TO PAY THE FILING FEE TO PROCEED WITH THIS ACTION |
| v. | |
| REYNALDO JASSO, et al., | |
| Defendants. | |
| | (ECF Nos. 2, 6) |
| | **TWENTY-ONE (21) DAY DEADLINE** |

Plaintiff Isaiah J. Petillo is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. This action was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 3, 2019, Plaintiff filed a complaint and an application to proceed *in forma pauperis*. (ECF Nos. 1, 2.)

On July 8, 2019, the assigned Magistrate Judge issued findings and recommendations that Plaintiff's application to proceed *in forma pauperis* be denied pursuant to 28 U.S.C. § 1915(g) and that Plaintiff be required to pay the $400.00 filing fee in full in order to proceed with this action. (ECF No. 5.) The findings and recommendations were served on Plaintiff and contained notice that any objections thereto were to be filed within thirty (30) days after service of the findings and

1

recommendations.  (Id.)  More than thirty days have passed since the findings and recommendations were served, and no objections have been filed.

Also, on July 8, 2019, Plaintiff filed a second application to proceed *in forma pauperis*. (ECF No. 6.)  Plaintiff's second application does not contain any evidence demonstrating that Plaintiff did not incur three or more "strikes" under § 1915(g) prior to filing the instant action or any evidence establishing that Plaintiff was in "imminent danger of serious physical injury" at the time that this action was filed on July 3, 2019.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds that the Magistrate Judge's findings and recommendations are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued on July 8, 2019, (ECF No. 5), are adopted in full;
2. In accordance with 28 U.S.C. § 1915(g), Plaintiff's applications to proceed *in forma pauperis*, (ECF Nos. 2, 6), are DENIED;
3. Within **twenty-one (21) days** following the date of service of this order, Plaintiff shall pay the $400.00 filing fee in full in order to proceed with this action;
4. <u>Plaintiff is warned that if he fails to pay the filing fee within the specified time, this action will be dismissed</u>; and
5. This matter is referred back to the assigned Magistrate Judge for further proceedings consistent with this order.

IT IS SO ORDERED.

Dated: __**September 13, 2019**__  _____/s/ Lawrence J. O'Neill_____
                                                   UNITED STATES CHIEF DISTRICT JUDGE