1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ISAIAH J. PETILLO, | Case No. 1:19-cv-00908-LJO-SAB (PC) |
| Plaintiff, | ORDER DISMSSING ACTION, WITHOUT PREJUDICE, FOR FAILURE TO PAY FILING FEE AND FAILURE TO OBEY COURT ORDERS |
| v. | |
| REYNALDO JASSO, *et al.*, | (ECF Nos. 8, 15) |
| Defendants. | |

Plaintiff Isaiah J. Petillo is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.

On July 3, 2019, Plaintiff filed a complaint and an application to proceed *in forma pauperis*. (ECF Nos. 1, 2.)

On July 8, 2019, the assigned Magistrate Judge issued findings and recommendations that Plaintiff's application to proceed *in forma pauperis* be denied pursuant to 28 U.S.C. § 1915(g) and that Plaintiff be required to pay the $400.00 filing fee in full in order to proceed with this action. (ECF No. 5.) The findings and recommendations were served on Plaintiff and contained notice that any objections thereto were to be filed within thirty (30) days after service of the findings and recommendations. (Id.)

Also, on July 8, 2019, Plaintiff filed a second application to proceed *in forma pauperis*. (ECF No. 6.)

1

On September 13, 2019, after Plaintiff failed to file objections to the findings and recommendations, the undersigned issued an order adopting the July 8, 2019 findings and recommendations in full and denied both of Plaintiff's applications to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(g). (ECF No. 8.) The undersigned ordered Plaintiff to pay the $400.00 filing fee in full within twenty-one days from the date of service of the order. (Id.)

On September 30, 2019, Plaintiff filed a motion for a 30-day extension of time to pay the filing fee. (ECF No. 9.) On October 1, 2019, the Magistrate Judge granted Plaintiff an additional 30 days to pay the $400.00 filing fee in full. (ECF No. 10.) Therefore, Plaintiff was required to pay the $400.00 filing fee in full on or before November 4, 2019.

However, on October 28, 2019, Plaintiff filed a third application to proceed *in forma pauperis*. (ECF No. 11.)

On November 14, 2019, the Court denied Plaintiff's third application to proceed *in forma pauperis*, construed as a motion for reconsideration. (ECF No. 12.) The Court also granted Plaintiff an additional twenty-one (21) days from the date of service of the order to pay the $400.00 filing fee in full. (Id. at 5.)

On December 6, 2019, Plaintiff filed a document captioned: "Plaintiff alleges "Ongoing danger," Imminent Danger of Serious Physical Injury – Seeks to Add Additional Defs to Compl. § 1915(g)," which the Court construed as a motion for leave to file a supplemental complaint and a second motion for reconsideration of the Court's September 13, 2019 order adopting the July 8, 2019 findings and recommendations, denying Plaintiff's applications to proceed *in forma pauperis*, and ordering Plaintiff to pay the $400.00 filing fee in full in order to proceed with this action. (ECF No. 13.)

On December 19, 2019, the Court denied Plaintiff's motion for leave to file a supplemental complaint and second motion for reconsideration. (ECF No. 15.) The Court also granted Plaintiff an additional twenty-one (21) days from the date of service of the order to pay the $400.00 filing fee in full. (Id. at 5-6.) Plaintiff was warned that, if he failed to pay the filing fee within the specified time, the action would be dismissed. (Id. at 6.)

The twenty-one (21) day period has now expired, and Plaintiff has failed to pay the

$400.00 filing fee in full as required by the Court's September 13, 2019 and December 19, 2019 orders. As such, this case cannot proceed. Therefore, this matter will be dismissed.

Based on the foregoing, it is HEREBY ORDERED that:

1. This action is DISMISSED, without prejudice, for Plaintiff's failure to comply with the Court's September 13, 2019 and December 19, 2019 orders, (ECF Nos. 8, 15), and Plaintiff's failure to pay the $400.00 filing fee in full; and

2. The Clerk of the Court is directed to terminate all pending deadlines and close this case.

IT IS SO ORDERED.

Dated: __**January 22, 2020**__        _____**/s/ Lawrence J. O'Neill**_____
                                    UNITED STATES DISTRICT JUDGE